```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS EDWARDS AND MICHAEL FORTUNE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SEQUOIA FUND, INC., A MARYLAND CORPORATION,<br><br>Defendant. | Civil Action No: 1:18-cv-04501<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |

The motion of Amy D. Roy, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member of good standing of the bars of the State of Maine and the Commonwealth of Massachusetts and that her contact information is as follows:

> Amy D. Roy
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston St.
> Boston, MA 02199-3600
> (617) 951-7445
> amy.roy@ropesgray.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Sequoia Fund, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JUL 0 9 2018

_George B. Daniels_
United States District/Magistrate Judge