UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS EDWARDS AND MICHAEL FORTUNE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SEQUOIA FUND, INC., A MARYLAND CORPORATION,<br><br>Defendant. | Case No. 1:18-cv-04501<br><br>**DECLARATION OF STANLEY H. EPSTEIN** |

I, Stanley H. Epstein, declare as follows:

1. I am an attorney and member in good standing of the bar of the state of New York. I am co-counsel for Plaintiffs in this case. The facts stated herein are based on my personal knowledge. If called upon to do so I could and would competently testify thereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ of August, 2018, at Santa Monica, CA.

_/s/ Stanley H. Epstein_
Stanley H. Epstein