UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS EDWARDS, and MICHAEL
FORTUNE, individually and on behalf of all others
similarly situated,

                Plaintiffs,

-against-

SEQUOIA FUND, INC., a Maryland Corporation,
                Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/18

18 CIVIL 4501 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 18, 2018, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        October 18, 2018

RUBY J. KRAJICK

Clerk of Court

BY: *Kmango*

Deputy Clerk